1  SEYFARTH SHAW LLP
   William M. Brown (SBN 127562)
2  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
3  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
4
   Attorneys for Defendant
5  J.B. HUNT TRANSPORT, INC.

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| JAMES A. MURPHY, | Case No.: CV 10-01568 WHA |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| J.B. HUNT TRANSPORT SERVICES, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant J.B. HUNT TRANSPORT, INC.,. hereby substitutes Kurt A. Kappes, Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, California 95814 (916) 442-1111, (916) 448-1709 fax as its attorneys of record in this action in place of Seyfarth Shaw LLP.

We consent to this substitution.

Dated: July 19, 2010                    J.B. HUNT TRANSPORT, INC.

                                        By: /s/ Mark White
                                        Its: VP Claims

---
SUBSTITUTION OF ATTORNEY

12503286v.1

1  We consent to this substitution.

2  Dated: July 16, 2010           SEYFARTH SHAW LLP

3

4                                  By: _____
                                       William M. Brown
5

6  I accept this substitution.

   Dated: July 19 2010            GREENBERG TRAURIG, LLP
7

8                                  /s/ Kurt A. Kappes

9                                  Kurt A. Kappes

10  SO ORDERED:

11
    Dated: August 2, 2010.
12
                                   IT IS SO ORDERED
                                   Judge William Alsup
                                   United States District Court Judge