1  GREENBERG TRAURIG LLP
   Kurt A. Kappes (SBN 146384)
2  Angela L. Diesch (SBN 256253)
   1201 K Street, Suite 1100
3  Sacramento, California 95814
   Telephone: (916) 442-1111
4  Facsimile: (916) 448-1709
   KappesK@gtlaw.com
5  DieschA@gtlaw.com

6  Attorneys for Defendant
   J.B. HUNT TRANSPORT, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   JAMES A. MURPHY,                    Case No.: CV 10-01568 WHA
13
            Plaintiff,                 STIPULATION TO EXTEND
14                                     MEDIATION DEADLINE AND
       v.                              [PROPOSED] ORDER
15
   J.B. HUNT TRANSPORT SERVICES, INC.
16 and DOES 1 through 10, inclusive,

17          Defendants.

18

---

## STIPULATION TO ADR AND REQUEST TO CONTINUE CMC

Counsel report that they had an August 12, 2010 conference with the Court-appointed mediator Paul Renne of Cooley LLP. The current final date for mediation is October 18, 2010. The parties have scheduled mediation for October 18, 2010, pending further Court order. However, to help facilitate the mediation, the parties respectfully request the Court extend the deadline to permit the parties to do additional discovery. The parties have already served and responded to the first initial round of written discovery, but to make the mediation process useful, the parties desire to serve additional discovery requests and to take depositions prior to mediation. Therefore, the parties have agreed to extend the deadline to attend mediation to November 18, 2010, and hereby request the court to grant the extension.

Dated: August 16, 2010

DICKSON LEVY VINICK BURRELL HYAMS LLP

By: /s/ Darci E. Burrell
DARCI ELAINE BURRELL, ESQ.
JEAN K. HYAMS, ESQ.
Attorneys for Plaintiff
James A. Murphy

Dated: August 16, 2010

GREENBERG TRAURIG, LLP

By: /s/ Angela Diesch
KURT A. KAPPES
ANGELA L. DIESCH
Attorneys for Defendant
J.B. Hunt Transport Services, Inc.

---

1
STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER

[PROPOSED] ORDER

The stipulation of the parties is hereby adopted. The parties shall mediate this matter on or before November 19, 2010.

IT IS SO ORDERED.

Dated: August 18, 2010

_____
JUDGE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge William Alsup