IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. MURPHY,

    Plaintiff,

v.

J. B. HUNT TRANSPORT SERVICES, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 10-01568 WHA

**ORDER SETTING HEARING REGARDING DISCOVERY DISPUTE**

    Defendant noticed a motion to compel in this action (Dkt. No. 42). Defendant is ordered to resubmit its motion as a letter, to be considered instead of the motion, in conformity with paragraph 25 of the supplemental order to the order setting the initial case management conference (Dkt. No. 15). The deadline for this letter is **NOON ON SEPTEMBER 17, 2010**. Plaintiff's response is due by **NOON ON SEPTEMBER 23, 2010.**

    This order sets a meet-and-confer for **FRIDAY, OCTOBER 1 FROM 8:00–11:00 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse, concerning the discovery dispute. At 11:00 a.m., the Court shall hear any remaining discovery issue(s). Please note that only those who personally attend the meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE