IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. MURPHY,

    Plaintiff,

  v.

J. B. HUNT TRANSPORT SERVICES, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 10-01568 WHA

**ORDER RESETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    The meet and confer concerning defendant's discovery dispute is **RESET** starting from **8:00–11:00 A.M. ON TUESDAY, SEPTEMBER 21, 2010**, in the Court's jury room. At 11:00 a.m., the Court shall hear any remaining discovery issue(s). Plaintiff's response is due by **NOON ON SEPTEMBER 20**. The meet-and-confer and hearing set for October 1 is **VACATED**.

    Please note that only those lawyers who personally attend the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE