1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. MURPHY,<br><br>      Plaintiff,<br><br>    v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: CV 10-01568 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT ORDER TO EXTEND DISCOVERY CUT-OFF FOR THE LAST DAY TO COMPLETE THE DEPOSITIONS OF MR. WHITESIDE, MR. DAVIS, AND DR. SETHI. |

Case No.: CV 10-01568 WHA
STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT ORDER

STIPULATION AND [PROPOSED] ORDER

WHEREAS on July 19, 2010, this Court issued its Case Management Order and Reference to ADR Unit for Mediation requiring the Parties to complete non-expert discovery on or before January 31, 2011;

WHEREAS Plaintiff James A. Murphy, and Defendant J.B. Hunt Transport, Inc. (collectively the "Parties") voluntarily mediated this matter before Paul A. Renne on November 18, 2010, but were unable to reach a settlement agreement;

WHEREAS the Parties have actively been involved in completing discovery including depositions but, due to scheduling multiple out-of-state depositions, and scheduling of a treating physician's deposition, the Parties are unable to complete all currently noticed depositions of David Whiteside, Todd Davis, and Dr. Amonjot Singh Sethi prior to the current non-expert discovery cut-off of January 31, 2011;

WHEREAS the Parties have noticed or subpoenaed three depositions that must be completed before discovery closes in this matter;

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension of the last day to complete the three depositions only of David Whiteside, Todd Davis, and Dr. Sethi to February 28, 2011;

WHEREAS the Parties stipulate and agree to extend the date to complete depositions of only these three depositions to February 28, 2011, and also stipulate and agree that no new discovery may be commenced as a result of this stipulation and agreement only to extend the date to complete these three depositions; and

WHEREAS the Parties also believe the extensions contained in this Stipulation and Proposed Order will not affect or require modification of the trial date or any other dates in the Court's Pretrial Scheduling Order.

/ / /

/ / /

/ / /

1  THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,
2  HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its
3  Case Management Order to extend the last day to complete non-expert depositions of David
4  Whiteside, Todd Davis, and Dr. Amonjot Singh Sethi to February 28, 2011.

6  Dated: January 21, 2011

DICKSON LEVY VINICK BURRELL HYAMS LLP

By: *Darci E. Burrell*
DARCI ELAINE BURRELL, ESQ.
SHARON VINICK, ESQ.
Attorneys for Plaintiff
James A. Murphy

Dated: January 21, 2011

GREENBERG TRAURIG, LLP

By: /s/ *Angela L. Diesch*
KURT A. KAPPES
ANGELA L. DIESCH
Attorneys for Defendant
J.B. Hunt Transport Services, Inc.

Except that this extension shall not affect the deadline for dispositive motions or trial dates,

**IT IS SO ORDERED**

Dated: January 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE