IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. MURPHY,

    Plaintiff,

  v.

J.B. HUNT TRANSPORT SERVICES, INC., and DOES 1 through 10, inclusive,

    Defendants.
                                 /

No. C 10-01568 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court hereby **SETS** a meet-and-confer in the Court's jury room starting from **11:00 A.M. THROUGH 2:00 P.M.** on **FRIDAY, FEBRUARY 11, 2011**. At **2:00 P.M.**, the Court shall hear any remaining discovery issue(s). Plaintiff's response is due by noon on February 10.

Please note that only those attorneys who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE