IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. MURPHY,

    Plaintiff,

  v.

J.B. HUNT TRANSPORT SERVICES, INC.,

    Defendant.

No. C 10-01568 WHA

**ORDER CONFIRMING HEARING ON DISCOVERY DISPUTE**

    Pursuant to an order setting a hearing and meet-and-confer on defendant's discovery dispute, plaintiff responded to defendant's letter brief today. Plaintiff requests that this matter be taken off calendar or rescheduled. Defendant has not commented. Absent later order (should defendant withdraw its motion) and to be clear, the schedule shall stand and counsel shall arrive tomorrow promptly at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE