IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. MURPHY,

    Plaintiff,

  v.

J.B. HUNT TRANSPORT SERVICES, INC.,

    Defendant.
                               /

No. C 10-01568 WHA

**ORDER RE STIPULATION SETTING DEADLINE FOR DEFENDANT TO REFILE MOTION TO COMPEL**

      The parties appeared on Friday, February 11, for a meet-and-confer session regarding a discovery dispute. Plaintiff's counsel agreed to supplement their interrogatory responses related to the issue of mitigation. Defendant remains concerned that if it wants to refile its motion to compel discovery responses by plaintiff, that such motion not be deemed untimely. The parties have now stipulated to allow plaintiff's counsel to supplement their responses by February 25, with a deadline for any related motion to compel to be refiled by March 11. The parties ignore that March 3 is the deadline for filing any dispositive motion (Dkt. No. 35). So as not to put pressure on that deadline, plaintiff's counsel must supplement their responses, if appropriate, by **FEBRUARY 18**, and defendant's deadline to refile any necessary motion to compel (by letter-brief) related to the mitigation interrogatories is **FEBRUARY 22**.

      **IT IS SO ORDERED.**

Dated: February 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE