IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MURPHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 10-01568 WHA<br><br>**ORDER REGARDING<br>NOTICE OF SETTLEMENT** |

　　　The Court acknowledges and thanks defendant for the appended notice of settlement, received yesterday, but cautions that all deadlines and dates remain in effect until a dismissal is filed.

　　　**IT IS SO ORDERED.**

Dated: March 11, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



Kurt A. Kappes
Tel 916.442.1111
Fax 916.448.1709
kappesk@gtlaw.com

March 8, 2011

**<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>**

Dawn Toland
Calendar Clerk and Courtroom Deputy to Judge Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 9
San Francisco, CA 94102

    *Re:*    *James A. Murphy v. J. B. Hunt Transport Services, Inc.*
            *USDC Northern District, Case No. CV 10-01568 WHA*

Dear Ms. Toland:

This letter is to inform you that the parties in the above matter have settled. We are finalizing the settlement agreement, following which a dismissal with prejudice will be filed. I assume the Court will want to vacate all dates. I have copied plaintiff's counsel below.

Sincerely,

KURT A. KAPPES
KAK: sdb

cc:    Darci Elaine Burrell

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO**
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

SAC 441,930,644v1 3-8-11

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
1201 K Street ■ Suite 1100 ■ Sacramento, CA 95814-3938 ■ Tel 916.442.1111 ■ Fax 916.448.1709

**GT GreenbergTraurig**

GREENBERG TRAURIG, LLP
1201 K Street
Suite 1100
Sacramento, CA 95814-3938

Dawn Toland
Calendar Clerk and Courtroom Deputy to
Judge Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 9
San Francisco, CA 94102



UNITED STATES POSTAGE
02 1P
0003153090
$ 000.44⁰
MAR 09 2011
MAILED FROM ZIP CODE 95814
PITNEY BOWES